UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GRAHAM KANDIAH, LLC and DIANE GRAHAM,

                              Docket No. 08-CV-6956

        Plaintiffs,

        - against -

JPMORGAN CHASE BANK, N.A. and
CHASE BANK USA, N.A.,

        Defendants.
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2008, I served a copy of the within Amended Notice of Removal, by mailing the same to Gregory Brown, Esq., Law Offices of Bruce Levinson, Esq., 747 Third Avenue, Fourth Floor, New York, New York, 10017-2803, attorneys for plaintiffs.

                                                          _____
                                                            Christina Broughton

DATED: August 13, 2008