UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GRAHAM KANDIAH, LLC and DIANE GRAHAM,

                Civil No. 08-CV-6956(JGK)

        Plaintiffs,

                **NOTICE OF**
  - against -                **APPEARANCE**

JPMORGAN CHASE BANK, N.A. and CHASE BANK
USA, N.A.,

        Defendant.
------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of ALAN H. SCHEINER, counsel at the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case as additional counsel for defendants JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.

    I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 18, 2008

                        LEVI LUBARSKY & FEIGENBAUM LLP

                        _____/s_____
                        Alan H. Scheiner

                        1185 Avenue of the Americas
                        17th Floor
                        New York, NY 10036
                        Tel. (212) 308-6100
                        Fax: (212) 308-8830

                        *Attorneys for Defendants*