AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

GRAHAM KANDIAH, LLC v. JPMORGAN CHASE BANK, N.A.    Case Number: 08-cv-6956

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

plaintiffs, Graham Kandiah, LLC and Diane Graham.

I certify that I am admitted to practice in this court.



| | |
|---|---|
| 8/22/2008 | Signature |
| Date | |
| | Bruce Levinson · BL-0749 |
| | Print Name · Bar Number |
| | 747 Third Avenue |
| | Address |
| | New York · New York · 10017-2803 |
| | City · State · Zip Code |
| | (212) 750-9898 · (212) 750-2536 |
| | Phone Number · Fax Number |