UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GRAHAM KANDIA, LLC.,
                Plaintiff(s),

-against-

J.P. MORGAN CHASE. N.A., et al.,
                Defendant(s).
------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

08 civ 6956 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, September 10, 2008 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
         September 4, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008